Opinion by DOWDELL, J.

---

# Huntsville Gas Light Co. v. Court of County Commissioners of Madison County.

APPEAL from Madison Circuit Court.

Tried before the Hon. H .C. SPEAKE.

OSCAR R. HUNDLEY, for appellant.

TANCRED BETTS, for appellee.

The Huntsville Gas Light Company filed a petition addressed to the judge of the circuit court of Madison county asking for a writ of *certiorari* to review the decision of the court of county commissioners for Madison county, in the matter of assessment for taxes against the petitioner. It was averred in the petition that the tax commissioner of Madison county had assessed the petitioner with gross receipts for the years 1897 and 1898, and said assessment was made by the tax commissioner without giving any notice to the petitioner; was entered of record without notice; that said assessment was made without authority, and that the petitioner had, prior to the filing of the petition, paid all the taxes that could be exacted of it for the years 1897 and 1898.

There was a motion made by the court of county commissioners to strike the petition from the file, on the ground that the appeal should have been taken by the petitioner from the judgment of the court of county commissioners to the next term of the circuit court, and that the present appeal would not lie. This motion to strike was granted, and from the judgment granting said motion the petitioner prosecutes the present appeal.

The judgment is affirmed on the authority of the *State of Alabama v. Southern Cotton Oil Co.,* 124 Ala. 523.

Opinion by McCLELLAN, C. J.